UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEGASH HAILE MALEDE, | : Civil No. 1:22-CV-01031 |
| Petitioner, | : (Magistrate Judge Schwab) |
| v. | : |
| CRAIG LOWE, *in his Official Capacity as Warden of Pike County Correctional Facility et al.*, | : |
| Respondents. | : |

**ORDER**

August 3, 2022

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that:

1. Malede's petition for a writ of habeas corpus is **GRANTED.**

2. Malede shall be afforded an individualized bond hearing before an immigration judge within **ten (10) days** of the date of this Order.

3. Malede's motions for temporary restraining order/and or preliminary injunction (*docs. 8*, *16*) are **DISMISSED** as moot.

4. All respondents, with the exception of Warden Craig Lowe, are **DISMISSED** from this action.

5. The Clerk of Court is directed to **CLOSE** this case.

*<u>S/Susan E. Schwab</u>*
Susan E. Schwab
United States Magistrate Judge
